SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH (SBN 90959)
FRANCIS M. GOLDSBERRY, II (SBN 63737)
MICHAEL A. GHELETA (SBN 137726)
ALEXIS K. STEVENS (SBN 260756)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone:  (916) 446-7979
Facsimile:  (916) 446-8199
ssomach@somachlaw.com
mgoldsberry@somachlaw.com
mgheleta@somachlaw.com
astevens@somachlaw.com

Attorneys for Plaintiff GLENN-COLUSA IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN-COLUSA IRRIGATION DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants. | CASE NO. 2:17-CV-00120-WBS-GGH<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

Plaintiff and Defendants have filed a Stipulation to continue the Status (Pretrial Scheduling) Conference, currently set for May 8, 2017 at 1:30 p.m., to a new date of June 5, 2017 at 1:30 p.m.  Good cause appearing, the Stipulation is hereby APPROVED.  It is hereby ORDERED that the Status (Pretrial Scheduling) Conference is continued to June 5, 2017 at 1:30 p.m.  All other provisions of the Court's January 19, 2017 Order re: Status (Pretrial Scheduling) Conference shall continue to apply.  A Joint Status Report shall be filed by May 22, 2017.

Dated:  April 7, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE    1

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2017 I electronically filed the foregoing document with the United States District Court, Eastern District of California (Sacramento) by using the CM/ECF system.  I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

> Benjamin E. Hall
> United States Attorney
> 2500 Tulare Street
> Suite 4401
> Fresno, CA 93721

By: /s/  Michael A. Gheleta
    MICHAEL A. GHELETA
    Attorneys for Plaintiff
    GLENN-COLUSA IRRIGATION DISTRICT