SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 90959)
FRANCIS M. GOLDSBERRY, II, ESQ. (SBN 63737)
MICHAEL A. GHELETA, ESQ. (SBN 137726)
ALEXIS K. STEVENS, ESQ. (SBN 260756)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
ssomach@somachlaw.com
mgoldsberry@somachlaw.com
mgheleta@somachlaw.com
astevens@somachlaw.com

Attorneys for Plaintiff GLENN-COLUSA
IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN-COLUSA IRRIGATION DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants. | CASE NO. 2:17-CV-00120-WBS-GGH<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS**<br><br>Hearing Date: June 12, 2017<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5<br>Honorable William B. Shubb |

Pursuant to Local Rules 143(b) and 230(f), Plaintiff and Defendants hereby submit this Stipulation Continuing Hearing on Motion to Dismiss, and state as follows:

1. On April 21, 2017, Defendants United States Army Corps of Engineers, *et al.* (USACE), filed a motion to dismiss, which was set for hearing before this Court on June 12, 2017, at 1:30 p.m.

2. Counsel for Plaintiff Glenn-Colusa Irrigation District (GCID) are unavailable for the hearing June 12, 2017, due to previously scheduled commitments.

3. Plaintiff and Defendants stipulate to continue the hearing to June 26, 2017, at 1:30 p.m., when counsel are available and they understand the Court is also available.

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS** -1-

4. Plaintiff and Defendants further stipulate that the current briefing dates for the motion to dismiss shall remain in place. Plaintiff will file and serve its opposition to the motion to dismiss on May 26, 2017, and Defendants will file their reply to the opposition on June 5, 2017.

Respectfully submitted,

SOMACH SIMMONS & DUNN
A Professional Corporation

DATED: May 12, 2017  By: /s/ Michael A. Gheleta
MICHAEL A. GHELETA
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
mgheleta@somachlaw.com
*Attorneys for Plaintiff*

PHILLIP A. TALBERT
United States Attorney

DATED: May 12, 2017  By: /s/ Benjamin E. Hall (*as authorized on 5/11/17*)
BENJAMIN E. HALL
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Benjamin.hall3@usdoj.gov
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

Dated: May 12, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be e-filed on May 12, 2017, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

/s/ Michael A. Gheleta
Michael A. Gheleta