PHILLIP A. TALBERT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN-COLUSA IRRIGATION DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants. | Case No. 2:17-cv-00120-WBS-GGH<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 144(a), the parties to this action stipulate and agree, and request that the Court order, that the time for defendants to file their answer to the Complaint be extended by seven (7) days, to July 18, 2017.

Respectfully submitted,

Dated: July 10, 2017

PHILLIP A. TALBERT
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendants

STIPULATION AND PROPOSED ORDER
FOR EXTENSION OF TIME TO RESPOND TO
COMPLAINT

1

| | |
|---|---|
| Dated: July 10, 2017 | SOMACH SIMMONS & DUNN<br>A Professional Corporation<br><br>[Authorized July 10, 2017]<br><br> /s/ Michael A. Gheleta<br>MICHAEL A. GHELETA<br>Attorneys for Plaintiff |

## ORDER

IT IS SO ORDERED.

Dated: July 10, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE