1   SOMACH SIMMONS & DUNN
    A Professional Corporation
2   STUART L. SOMACH, ESQ. (SBN 90959)
    FRANCIS M. GOLDSBERRY, II, ESQ. (SBN 63737)
3   ALEXIS K. STEVENS, ESQ. (SBN 260756)
    500 Capitol Mall, Suite 1000
4   Sacramento, CA 95814
    Telephone: (916) 446-7979
5   Facsimile: (916) 446-8199
    ssomach@somachlaw.com
6   mgoldsberry@somachlaw.com
    astevens@somachlaw.com
7
    Attorneys for Plaintiff GLENN-COLUSA
8   IRRIGATION DISTRICT

9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

13  GLENN-COLUSA IRRIGATION DISTRICT,    CASE NO. 2:17-CV-00120-WBS-GGH

14              Plaintiff,               **STIPULATION AND [~~PROPOSED~~]
                                         ORDER REGARDING THE TAKING
15      v.                               OF ADDITIONAL DEPOSITIONS**

16  UNITED STATES ARMY CORPS OF
    ENGINEERS; et al.,
17
                Defendants.
18

19          This stipulation is entered into by and between Plaintiff, Glenn-Colusa Irrigation District

20  (Plaintiff); and Defendants, United States Army Corps of Engineers (USACE), R.D. James,

21  Assistant Secretary of the Army for Civil Works[1], Lieutenant General Todd T. Semonite,

22  Commanding General and Chief of Engineers, USACE, and Colonel David Ray, District

23  Commander, USACE, Sacramento District (collectively, "Defendants").

24          WHEREAS, Plaintiff and Defendants (collectively, the "Parties") are engaged in litigation

25  in the above-captioned matter; and

26  ///

27

28  [1] R.D. James is automatically substituted for Robert M. Speer under Fed. R. Civ. P. 25(d).

WHEREAS, Rule 30(a)(2) of the Federal Rules of Civil Procedure establishes a presumptive limit of ten (10) depositions each for plaintiffs and defendants; and

WHEREAS, Defendant USACE, through its initial disclosures and responses to other discovery, has identified at least eighteen (18) individuals, including staff, consultants, and experts, who may have relevant information related to Plaintiff's claims; and

WHEREAS, Plaintiff further identified at least two (2) individuals as non-retained experts having relevant information to Plaintiff's claims; and

WHEREAS, the duration of the dispute underlying this litigation and complexity of the issues involved in this matter require that Plaintiff take additional depositions beyond the presumptive limit in Rule 30(a)(2); and

WHEREAS, the Parties have conferred regarding the subject of Plaintiff taking additional depositions in this matter; and

NOW, THEREFORE, the Parties hereby stipulate, and respectfully request that the Court so order, that the following Stipulation shall govern in the instant case:

1.      Pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, the Parties agree to allow Plaintiff to take up to ten (10) depositions beyond the presumptive limit of ten (10) depositions, for a total of twenty (20) depositions in this matter.

2.      This Stipulation may be executed in counterparts.

IT IS SO STIPULATED.


SOMACH SIMMONS & DUNN
A Professional Corporation


DATED:  October 12, 2018          By:  /s/ Alexis K. Stevens
                                       STUART L. SOMACH
                                       FRANCIS M. GOLDSBERRY
                                       ALEXIS K. STEVENS
                                       Attorneys for Plaintiff GLENN-COLUSA
                                       IRRIGATION DISTRICT

McGREGOR W. SCOTT
United States Attorney

DATED:  October 12, 2018          By:  /s/ Benjamin E. Hall
                                       Benjamin E. Hall
                                       Assistant U.S. Attorney
                                       Attorney for Defendants UNITED STATES
                                       ARMY CORPS OF ENGINEERS, et al.

**ORDER**

The Court, having considered the stipulation submitted herewith, hereby makes the following order:

Plaintiff Glenn-Colusa Irrigation District may take ten (10) depositions beyond the presumptive limit of ten (10) depositions outlined in the Federal Rules of Civil Procedure, for a total of twenty (20) depositions.

IT IS SO ORDERED.

Dated:  October 15, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE