McGREGOR W. SCOTT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN-COLUSA IRRIGATION DISTRICT, | Case No. 2:17-cv-00120-WBS-GGH |
| Plaintiff, | **ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER** |
| v. | |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation to Modify Status (Pretrial Scheduling) Order, and good cause appearing,

IT IS HEREBY ORDERED that the Court's Status (Pretrial Scheduling) Order (Doc. 25) is modified as follows:

1.  All discovery shall be conducted as to be completed by February 8, 2019. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than February 8, 2019.

2.  All motions, except motions for continuances, temporary restraining orders, or other

1  emergency applications, shall be filed on or before March 1, 2019.

2      3.      The Final Pretrial Conference shall be held on May 13, 2019, at 1:30 p.m. in

3  Courtroom No. 5.

4      4.      A bench trial (estimated for 10 days) is set for July 30, 2019, at 9:00 a.m. in

5  Courtroom No. 5.

6

7  Dated:  October 23, 2018

8                                          WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28