SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 90959)
FRANCIS M. GOLDSBERRY, II, ESQ. (SBN 63737)
ALEXIS K. STEVENS, ESQ. (SBN 260756)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
ssomach@somachlaw.com
mgoldsberry@somachlaw.com
astevens@somachlaw.com

Attorneys for Plaintiff GLENN-COLUSA
IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN-COLUSA IRRIGATION DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; et al.,<br><br>Defendants. | CASE NO. 2:17-CV-00120-WBS-CKD<br><br>**ORDER GRANTING MOTION FOR STAY AND VACATING ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER** |

# ORDER

There being no opposition to Glenn-Colusa Irrigation District's (GCID) Motion for Stay and Request to Vacate Order Modifying Status (Pretrial Scheduling) Order, and good cause appearing, the Court hereby ORDERS that:

1. GCID's Motion for Stay (ECF No. 32) is GRANTED;

2. The action, *Glenn-Colusa Irrigation District v. United States Army Corps of Engineers, et al.*, Case No. 2:17-CV-00120-WBS-CKD, is STAYED;

3. The Order Modifying the Status (Pretrial Scheduling) Order (ECF No. 30) resetting dates and deadlines is VACATED;

4. Plaintiff's Ex Parte Application to Shorten Time (ECF No. 36) is MOOT; and

5. The parties shall file a Joint Status Report informing the Court once they agree that the stay should be lifted.

**IT IS SO ORDERED.**

Dated: January 18, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE