SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 90959)
FRANCIS M. GOLDSBERRY, II, ESQ. (SBN 63737)
ALEXIS K. STEVENS, ESQ. (SBN 260756)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
ssomach@somachlaw.com
mgoldsberry@somachlaw.com
astevens@somachlaw.com

Attorneys for Plaintiff GLENN-COLUSA
IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN-COLUSA IRRIGATION DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; et al.,<br><br>Defendants. | CASE NO. 2:17-CV-00120-WBS-CKD<br><br>**[PROPOSED] ORDER LIFTING STAY AND SETTING PRETRIAL SCHEDULE** |

///

///

///

///

///

///

///

///

///

///

///

# ORDER

Pursuant to the parties' Joint Status Report and Stipulation Proposing Pretrial Scheduling Order, and good cause appearing, the Court hereby orders that:

1. The stay issued on January 18, 2019 in the matter of *Glenn-Colusa Irrigation District v. United States Army Corps of Engineers, et al.*, Case No. 2:17-CV-00120-WBS-CKD, is lifted.

2. All discovery shall be conducted so as to be completed by May 15, 2019. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than May 15, 2019.

3. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before June 14, 2019.

4. The Final Pretrial Conference shall be held on August 5, 2019, at 1:30 p.m. in Courtroom No. 5.

5. A bench trial (estimated for 10 days) is set for October 8, 2019, at 9:00 a.m. in Courtroom No. 5.

**IT IS SO ORDERED.**

**Dated: March 4, 2019**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE