| | |
|---|---|
| 1 | SOMACH SIMMONS & DUNN |
| | A Professional Corporation |
| 2 | STUART L. SOMACH, ESQ. (SBN 90959) |
| | FRANCIS M. GOLDSBERRY, II, ESQ. (SBN 63737) |
| 3 | ALEXIS K. STEVENS, ESQ. (SBN 260756) |
| | 500 Capitol Mall, Suite 1000 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 446-7979 |
| 5 | Facsimile: (916) 446-8199 |
| | ssomach@somachlaw.com |
| 6 | mgoldsberry@somachlaw.com |
| | astevens@somachlaw.com |
| 7 | |
| | Attorneys for Plaintiff GLENN-COLUSA |
| 8 | IRRIGATION DISTRICT |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN-COLUSA IRRIGATION DISTRICT, | CASE NO. 2:17-CV-00120-WBS-CKD |
| Plaintiff, | **ORDER AMENDING PRETRIAL SCHEDULE** |
| v. | |
| UNITED STATES ARMY CORPS OF ENGINEERS; et al., | |
| Defendants. | |

**ORDER**

Pursuant to the parties' Stipulation Proposing Amendment to Pretrial Scheduling Order, and good cause appearing, the Court hereby orders that:

1. Paragraph 2 of the Pretrial Scheduling Order (ECF No. 41) entered March 5, 2019, is hereby amended to provide as follows:

> All discovery, except for the deposition of Michael D. Harvey, shall be conducted so as to be completed by May 15, 2019. All motions to compel discovery, except for motions related to the deposition of Michael D. Harvey, must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than May 15, 2019. Any motions to compel related to the deposition of Michael D. Harvey must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than June 21, 2019.

2. This amendment shall have no effect on any of the other deadlines established by the Pretrial Scheduling Order.

**IT IS SO ORDERED.**

Dated: May 16, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE