SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 90959)
FRANCIS M. GOLDSBERRY, II, ESQ. (SBN 63737)
ALEXIS K. STEVENS, ESQ. (SBN 260756)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone:  (916) 446-7979
Facsimile:  (916) 446-8199
ssomach@somachlaw.com
mgoldsberry@somachlaw.com
astevens@somachlaw.com

Attorneys for Plaintiff GLENN-COLUSA
IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN-COLUSA IRRIGATION DISTRICT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; et al.,<br><br>　　　　　Defendants. | CASE NO.  2:17-CV-00120-WBS-CKD<br><br>**ORDER GRANTING PLAINTIFF'S SUGGESTED MODIFICATIONS TO FINAL PRETRIAL ORDER (ECF NO. 54) EXHIBIT C: PLAINTIFF'S EXHIBITS**<br><br>Trial Date:　　October 8, 2019<br>Dept.:　　　　5 (Hon. William B. Shubb) |

SOMACH SIMMONS & DUNN
A Professional Corporation

Pursuant to Glenn-Colusa Irrigation District's (GCID) Suggested Modifications to Final Pretrial Order, Exhibit C: Plaintiff's Exhibits, and request thereon filed August 13, 2019 (ECF No. 59), and good cause appearing, the Court hereby ORDERS:

1.     Given that Plaintiff's suggested modifications did not request the addition of any previously undisclosed exhibits, and serves only to correct, clarify, and organize the previously filed list of exhibits, GCID's request to modify Exhibit C of the Final Pretrial Order filed August 6, 2019 (ECF No. 54) (Final Pretrial Order) is granted;

2.     Plaintiff's proposed modified exhibit list attached as Exhibit 1 (ECF No. 59-1) to Plaintiff's August 13, 2019 request, shall replace Exhibit C of the Final Pretrial Order;

**IT IS SO ORDERED.**

Dated:  August 15, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE