1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
6  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN-COLUSA IRRIGATION DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants. | Case No. 2:17-cv-00120-WBS-CKD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF HEARING REGARDING JUSTICIABILITY OF CLAIM UNDER ADMINISTRATIVE PROCEDURE ACT, TRIAL DATE, AND RELATED DEADLINES** |

Pursuant to the tentative settlement of this matter, and in order to allow the parties time to seek requisite approvals and resolve certain ancillary issues related to implementation of the settlement (*see* Minutes, Doc. 71), the parties to this action hereby stipulate and agree and respectfully request that the Court issue an order as follows:

1. The hearing regarding justiciability of Plaintiff's claim under the Administrative Procedure Act, currently set for September 16, 2019, at 1:30 p.m. (*see* Docs. 62, 69-1 and 70), shall be continued to March 9, 2020, at 1:30 p.m. in Courtroom 5.

2. The trial set for October 8, 2019, shall be continued to May 12, 2020, at 9:00 a.m. in Courtroom 5.

3. All remaining deadlines under the Final Pretrial Order, Doc. 54, specifically the deadlines for lodging proposed Findings of Fact and Conclusions of Law (Section III), filing Trial Briefs (Section IV), exchanging exhibits (Section VII) and designating portions of interrogatories and depositions (Section IX) shall be adjusted to the new trial date of May 12, 2020.

Respectfully submitted,

Dated: September 13, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendants

Dated: September 13, 2019

SOMACH SIMMONS & DUNN
A Professional Corporation

[Authorized September 13, 2019]

/s/ Stuart L. Somach
STUART L. SOMACH
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: September 13, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE