McGREGOR W. SCOTT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN-COLUSA IRRIGATION DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants. | Case No. 2:17-cv-00120-WBS-CKD<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE FOLLOW-UP MEETING TO SETTLEMENT CONFERENCE** |

By Minute Order dated September 13, 2019, the Court set a follow-up meeting for November 14, 2019, at 10 a.m. in Courtroom 8 before Magistrate Judge Edmund F. Brennan for further discussion of ancillary issues related to implementation of the proposed settlement between the parties to this litigation. *See* Doc. 71. The parties exchanged proposals regarding those ancillary issues in accordance with the schedule agreed upon during the September 12, 2019, settlement conference and now agree that the follow-up meeting is likely to be more productive once the parties have had additional time to obtain requisite approvals and exchange additional information. Accordingly, the parties hereby stipulate and request that the follow-up meeting to the settlement conference be continued to January 9, 2020, at 10 a.m. in Courtroom 8.

///

STIPULATION AND ~~PROPOSED~~ ORDER
TO CONTINUE FOLLOW-UP MEETING TO
SETTLEMENT CONFERENCE

1

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: November 13, 2019 | McGREGOR W. SCOTT<br>United States Attorney |
| 3 | | |
| 4 | | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney |
| 5 | | Attorney for Defendants |
| 6 | | |
| 7 | Dated: November 13, 2019 | SOMACH SIMMONS & DUNN<br>A Professional Corporation |
| 8 | | |
| 9 | | [Authorized November 13, 2019] |
| 10 | | /s/ Stuart L. Somach<br>STUART L. SOMACH<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated: November 13, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE