McGREGOR W. SCOTT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN-COLUSA IRRIGATION DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants. | Case No. 2:17-cv-00120-WBS-CKD<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR FURTHER CONTINUATION OF FOLLOW-UP MEETING TO SETTLEMENT CONFERENCE** |

By Minute Order dated September 13, 2019, the Court set a follow-up meeting for November 14, 2019, for further discussion of ancillary issues related to implementation of the proposed settlement between the parties to this litigation. *See* Doc. 71. Pursuant to the parties' stipulation and by Order dated November 13, 2019, the Court continued the follow-up meeting to January 9, 2019. Since the date of their prior stipulation, the parties have continued to exchange information and to work through proposals for resolving the remaining issues. Having met and conferred, the parties now agree that the follow-up meeting is likely to be more productive if continued until mid-February to allow for further exchange of proposals. Accordingly, the parties hereby stipulate and request that the follow-up meeting to the settlement conference be continued to February 13, 2020, at 10 a.m. in Courtroom 8 before Magistrate Judge Edmund F. Brennan

STIPULATION AND PROPOSED ORDER
FOR FURTHER CONTINUATION OF FOLLOW-UP
MEETING TO SETTLEMENT CONFERENCE

1

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: January 8, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| 3 | | |
| 4 | | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney |
| 5 | | Attorney for Defendants |
| 7 | Dated: January 8, 2020 | SOMACH SIMMONS & DUNN<br>A Professional Corporation |
| 8 | | [Authorized January 8, 2020] |
| 10 | | /s/ Stuart L. Somach<br>STUART L. SOMACH<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated: January 8, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE