McGREGOR W. SCOTT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN-COLUSA IRRIGATION DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants. | Case No. 2:17-cv-00120-WBS-CKD<br><br>**STIPULATION AND ORDER TO VACATE HEARING DATE** |

The parties have now agreed upon the terms of settlement of all claims in this matter, subject to final approval by the Attorney General or his designee. In light of both the pending settlement and the national emergency in response to COVID-19, the parties jointly request that the hearing regarding justiciability of Plaintiff's claim under the Administrative Procedure Act, currently set for March 30, 2020, at 1:30 p.m. (*see* Docs. 73, 78), be vacated.

Respectfully submitted,

Dated: March 17, 2020

McGREGOR W. SCOTT
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendants

| | |
|---|---|
| Dated: March 17, 2020 | SOMACH SIMMONS & DUNN<br>A Professional Corporation<br><br>[Authorized March 17, 2020]<br><br>/s/ Stuart L. Somach<br>STUART L. SOMACH<br>Attorneys for Plaintiff |

## ORDER

**IT IS SO ORDERED:**

The March 30, 2020 motion hearing and May 12, 2020 trial date are VACATED. A Joint Status Report shall be filed no later than **May 12, 2020** if settlement has not been approved and finalized.

Dated: March 19, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE