SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 90959)
FRANCIS M. GOLDSBERRY, II, ESQ. (SBN 63737)
ALEXIS K. STEVENS, ESQ. (SBN 260756)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone:    (916) 446-7979
Facsimile:    (916) 446-8199
ssomach@somachlaw.com
mgoldsberry@somachlaw.com
astevens@somachlaw.com

Attorneys for Plaintiff GLENN-COLUSA
IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GLENN-COLUSA IRRIGATION DISTRICT, | CASE NO. 2:17-CV-00120-WBS-CKD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. |  |
| UNITED STATES ARMY CORPS OF ENGINEERS; et al., |  |
| Defendants. |  |

IT IS HEREBY STIPULATED by and between Plaintiff Glenn-Colusa Irrigation District (GCID) and Defendants United States Army Corps of Engineers, et al. through their counsel of record, that all claims for relief in the above-captioned action brought by GCID be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPTULATED:

Dated:  January 12, 2021

McGREGOR W. SCOTT
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendants

Dated:  January 12, 2021

SOMACH SIMMONS & DUNN
A Professional Corporation

 /s/ Stuart L. Somach
STUART L. SOMACH
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: January 12, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE